# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Robert Leali,

      Plaintiff,

v.

Boise Cascade LLC,

      Defendant.

Civil No. 08-1291 (RHK/RLE)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

_____

     Based upon the Stipulation of the parties (Doc. No. 11), it is **ORDERED t**hat this

matter is **DISMISSED WITH PREJUDICE** on the merits and without an award of costs

or attorneys' fees to any party.

Dated:  November 25, 2008.

                             s/Richard H. Kyle
                             RICHARD H. KYLE
                             United States District Judge